| | | | | |
|---|---|---|---|---|
| Redeemed Christian Church v. Lower Chichester Twp. | 930CD15 | 12/28/2016 | Delaware County No. 14–5474 | Reversed |
| Luby v. WCAB (Valley Crest Nursing) | 499CD16 | 12/28/2016 | Workers' Compensation Appeal Board A15–0187 | Affirmed |
| Becirovic v. DHS | 589CD16 | 12/28/2016 | Bureau of Hearings and Appeals, Department of Human Services 210164869–005 | Quashed |
| Cavanaugh v. PBPP | 728CD16 | 12/28/2016 | Board of Probation & Parole Parole No. 308GH | Affirmed |
| Glazewski v. UCBR | 822CD16 | 12/28/2016 | Unemployment Compensation Board of Review B–588836 | Affirmed |
| Meats v. WCAB (Heffner) | 363CD16 | 12/29/2016 | Workers' Compensation Appeal Board A15–0406 | Affirmed |
| Topper v. Maple Creek Inn | 2674CD15 | 12/29/2016 | Allegheny County GD 13–014596 | Affirmed |
| Krimm v. Municipal Auth. of Westmoreland | 2235CD15 | 12/30/2016 | Westmoreland County 311 of 2013 | Affirmed |